ROSE WALKER, LLP
Martin E. Rose (SBN 62558)
mrose@rosewalker.com
Bryan P. Rose (*Pro Hac Vice*)
brose@rosewalker.com
3500 Maple Avenue, Suite 1200
Dallas, TX 75219
Telephone: (214) 752-8600
Facsimile: (214) 752-8700

MORRIS POLICH & PURDY LLP
John W. Shaw (SBN 82802)
JShaw@mpplaw.com
1055 West Seventh Street 24th Floor
Los Angeles, California 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178

Attorneys for Defendants
AMERITECH INDUSTRIES, INC. and
EAGLE ENGINES

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIANZ SIGORTA, A.S., <br><br> Plaintiff, <br><br> v. <br><br> AMERITECH INDUSTRIES, INC., AND EAGLE ENGINES, <br><br> Defendants. | Case No. 2:15-cv-01665-MCE-AC <br><br> **DEFENDANTS SUPPLEMENTAL SUBMISSION REGARDING LETTER ROGATORY TO THE SUPREME COURT OF THE PROVINCE OF NEWFOUNDLAND AND LABRADOR** <br><br> Judge: Morrison C. England, Jr. <br> Magistrate Judge: Allison Claire |

**TO THE HONORABLE ALLISON CLAIRE, AND TO ALL PARTIES AND ATTORNEYS OF RECORD:**

THIS SUBMISSION is in accordance with the court's instruction during its hearing on Plaintiff's Motion for Letter Rogatory to The Supreme Court of the

Province of Newfoundland and Labrador held on today's date. Defendants, Ameritech Industries, Inc. and Eagle Engines, submit the following supplemental language for the Court's consideration in its issuance of the proposed Letter Rogatory to The Supreme Court of the Province of Newfoundland and Labrador:

Page 8 line 10 of Document 13-7, change sentence to read "The visual inspection will include taking measurements, and if necessary to fully understand the nature of the engine failure, disassembly of portions of the destroyed engine. Once completed, the engine will be reassembled and returned to the condition it was found in prior to the inspection. There will be no destructive testing or alteration of the aircraft or its components."

Dated: March 16, 2016         **ROSE WALKER LLP**

                              By: */s/Martin E. Rose*
                                   Martin E. Rose
                                   Bryan P. Rose

                              MORRIS POLICH & PURDY LLP
                              John W. Shaw

                              Attorneys for Defendants
                              AMERITECH INDUSTRIES, INC. and
                              EAGLE ENGINES