1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| ALLIANZ SIGORTA, A.S., | No. 2:15-cv-01665-MCE-AC |
| Plaintiff, | STIPULATION AND ORDER REGARDING DISPOSITIVE MOTIONS |
| v. | |
| AMERITECH INDUSTRIES, INC. and EAGLE ENGINES, | |
| Defendant. | |

TO THE HONORABLE MORRISON C. ENGLAND, JR., JUDGE OF THE UNITED STATES DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties to this action, Plaintiff ALLIANZ SIGORTA, A.S. and Defendant AMERITECH INDUSTRIES, INC. dba EAGLE ENGINES as follows:

The court may amend the Pretrial Scheduling Order setting the last day for hearing dispositive motions for February 22, 2018.

With respect to Motions for Summary Judgment only, the parties shall comply with the following deadlines:

| | |
|---|---|
| Motion for Summary Judgment | filed at least 8 weeks prior to hearing |
| Opposition and any cross-motion | filed at least 5 weeks prior to hearing |

| | | |
|---|---|---|
| Reply and opposition to cross-motion | | filed at least 3 weeks prior to hearing |
| Reply to cross-motion | | filed at least 1 week prior to hearing |

Dated: November 1, 2107        **ROSE WALKER, LLP**

*/s/ Bryan P. Rose*
Martin E. Rose
Bryan Rose
3500 Maple Avenue, Suite 1200
Dallas, TX  75219
(214) 752-8600  Telephone
(214) 752-8700  Facsimile


*/s/ John W. Shaw*
John W. Shaw
SHAW, KOEPKE & SATTER
23326 Hawthorne Blvd
Torrance, California 90505
Telephone: (310) 373-4445

*Attorneys for Defendant*
AMERITECH INDUSTRIES, INC.
dba ENGLE ENGINE

Dated: November 1, 2017        **DWYER, DALY BROTZEN & BRUNO, LLP**


By:     */s/ Gregory L. Anderson*
Peter P. Brotzen
Gregory L. Anderson
Attorneys for Plaintiff,
ALLIANZ SIGORTA A.S.

**ORDER**

Pursuant to the stipulation of the parties and good cause having been shown, the last day for hearing dispositive motions shall be February 22, 2018.

With respect to Motions for Summary Judgment only, the parties shall comply with the following deadlines:

- Motion for Summary Judgment filed at least 8 weeks prior to hearing.
- Opposition and any cross-motion filed at least 5 weeks prior to hearing.
- Reply and opposition to cross-motion filed at least 3 weeks prior to hearing.
- Reply to cross-motion filed at least 1 week prior to hearing.

IT IS SO ORDERED.

Dated: November 27, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE