1  Peter P. Brotzen - #53230 (Counsel for Service)
   Gregory L. Anderson - #129331
2  DWYER, DALY, BROTZEN & BRUNO, LLP
   633 West Fifth Street, Suite 2800
3  Los Angeles, California 90071-3044
   Tel. (213) 627-9300
4  Fax:  (213) 624-1638

5  Attorneys for Plaintiff
   ALLIANZ SIGORTA A.S.
6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ALLIANZ SIGORTA, A.S.,                    No. 2:15-cv-01665-MCE-AC

12            Plaintiff,                       **STIPULATION FOR DISMISSAL (FRCP
                                               41(a) AND ORDER FOR DISMISSAL**
13        vs.

14   AMERITECH INDUSTRIES, INC. and
     EAGLE ENGINES,
15
            Defendants.
16

17

18

19

20        Plaintiff ALLIANZ SIGORTA, A.S. and Defendant AMERITECH INDUSTRIES, INC.

21   d.b.a. EAGLE ENGINES hereby stipulate under Federal Rule of Civil Procedure

22   41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action,

23   and parties, with each bearing that party's own attorney's fees and costs.

24

25

26        / / /

27        / / /

28
                                      -1-
          **STIPULATION FOR DISMISSAL AND ORDER FOR DISMISSAL**

Dated: July 18, 2019                        DWYER, DALY, BROTZEN & BRUNO,LLP

By:  */s/ Gregory L. Anderson*
      Peter P. Brotzen
      Gregory L. Anderson
      Attorneys for Plaintiff, ALLIANZ
      SIGORTA, A.S.

Dated: July 18, 2019                        FROST BROWN TODD LLC

By:  */s/ Bryan P. Rose*
      Martin E. Rose
      Bryan P. Rose
      Attorneys for Defendant AMERITECH
      INDUSTRIES, INC. d.b.a EAGLE
      ENGINES

## ORDER

Pursuant to the Stipulation of the Parties (ECF No. 119) under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk of the Court is directed to close the file.

IT IS SO ORDERED.

Dated: July 18, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**STIPULATION FOR DISMISSAL AND ORDER FOR DISMISSAL**